UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHALI RAMIREZ | No. 25 CR 725<br><br>Judge Edmond E. Chang |

**JOINT STATUS REPORT**

Per the Court's Order (Dkt. 20), the parties respectfully submit this joint status report. In support thereof, they state as follows:

1. On December 16, 2026, Defendant, Nathali Ramirez, was arraigned after consenting to the filing of an information. *See* Dkt. # 20.

2. The parties have reached a pretrial diversion agreement in principle. Pretrial Services has since completed a diversion investigation and produced its report on the evening of January 23, 2026.

3. Upon receipt, the parties will be prepared to finalize the diversion agreement and set the matter for a diversion colloquy.

4. The parties suggest setting another tracking status in approximately thirty (30) days. In the interim, if the agreement is finalized and the matter ready for hearing, the parties can contact the Court and reset the matter for a diversion colloquy.

5. Without objection, the government requests that the Court continue to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), (B), through the

next status so that the parties can review Pretrial Services' diversion report and recommendation and finalize a written agreement.

        Respectfully submitted,

        ANDREW S. BOUTROS
        United States Attorney

By:   /s/ John N. Pavletic
        JOHN N. PAVLETIC, JR.
        Assistant U.S. Attorney
        219 South Dearborn St., Ste. 500
        Chicago, Illinois 60604
        (312) 697-4088
        john.pavletic@usdoj.gov

        NATHALI RAMIREZ
        Defendant

By:   */s/ Ryan J. Levitt*
        RYAN J. LEVITT
        Benesch Friedlander Coplan & Aronoff LLP
        71 S. Wacker Dr., Ste. 1600
        Chicago, Illinois 60606
        (312) 517-9550
        rlevitt@beneschlaw.com

Dated: January 23, 2026